DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUILTY PLEASURES SF, LLC,**
Appellant,

v.

**THOMAS CAMPANIELLO,**
Appellee.

No. 4D21-3402

[August 18, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE20-018710.

John R. Sheppard, Jr., of Cohen, Norris, Wolmer, Ray Telepman, Berkowitz & Cohen, North Palm Beach, for appellant.

Alexander Brockmeyer of Boyle, Leonard & Anderson, P.A., Fort Myers, and Lindsey Thurswell Lehr of Siegfried Rivera, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***